**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian (SBN 249203)
ak@kazlg.com
Andrei Armas (SBN 299703)
andrei@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**HYDE & SWIGART**
Joshua B. Swigart
josh@westcoastlitigation.com
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for Plaintiff
MAMADOU M'BAYE

**HUNTON & WILLIAMS LLP**
Ann Marie Mortimer (SBN 169077)
amortimer@hunton.com
Paul T. Moura (SBN 288664)
pmoura@hunton.com
550 South Hope Street, Suite 2000
Los Angeles, California 90071-2627
Telephone: (213) 532-2000
Facsimile: (213) 532-2020

Ryan Shores (admitted *pro hac vice*)
rshores@hunton.com
Samuel A. Danon (admitted *pro hac vice*)
sdanon@hunton.com
Leslie W. Kostyshak (admitted *pro hac vice*)
lkostyshak@hunton.com
2200 Pennsylvania Ave NW
Washington, DC 20037-1701
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

Attorneys for Defendant
DIAGEO AMERICAS SUPPLY, INC.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMADOU M'BAYE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>DIAGEO AMERICAS SUPPLY, INC. D.B.A. THE BULLEIT DISTILLING CO.,<br><br>Defendant. | CASE NO.: 15-CV-1216-L-BGS<br><br>**JOINT MOTION TO DISMISS CASE**<br><br>**[NO HEARING REQUIRED]**<br><br>Complaint Filed: June 1, 2015 |

JOINT MOTION TO DISMISS CASE

Plaintiff Mamadou M'Baye, individually and on behalf of others similarly-situated, and Defendant Diageo Americas Supply, Inc. d.b.a. The Bulleit Distilling Company ("Defendant"), jointly move the Court, pursuant to Federal Rule of Civil Procedure 41(a)(1), for an order dismissing all of Plaintiff's individual claims with prejudice against Defendant, and without prejudice as to any claims of absent putative class members. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted,

DATED: October 18, 2016          **KAZEROUNI LAW GROUP, APC**

By: /s/ *Abbas Kazerounian*
       Abbas Kazerounian, Esq.
       Andrei Armas, Esq.
       Attorneys for Plaintiff
       Mamadou M'Baye

**HUNTON & WILLIAMS LLP**

By: /s/ *Ann Marie Mortimer*
       Ann Marie Mortimer
       Attorneys for Defendant
       Diageo Americas Supply, Inc. d.b.a.
       The Bulleit Distilling Co.

## ECF ATTESTATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: October 18, 2016         /s/ *Abbas Kazerounian*
                                 Abbas Kazerounian