UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAMADOU M'BAYE,<br><br>    Plaintiff,<br><br>v.<br><br>DIAGEO AMERICAS SUPPLY, INC<br><br>    Defendant. | Case No.:  3:15-cv-01216-L-BGS<br><br>**ORDER OF DISMISSAL** |

   Pursuant to the Parties' Joint Motion [Doc. 41] to Dismiss under Fed. R. Civ. P. 41(a)(1), the Court hereby dismisses the Complaint with prejudice as Plaintiff M'Baye and without prejudice as to absent putative class members.  Each party to bear their own costs.

Dated:  November 14, 2016

_____
Hon. M. James Lorenz
United States District Judge